

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00098-CV

_____


THURSTON, OWENS & NEWMAN, L.L.C. D/B/A SOUTHWEST RESTAURANT &
BEVERAGE SOLUTIONS, Appellant

V.

JERRY DAVIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF HAYDEN DAVIS, KAREN DAVIS, AND SUMMER HERNANDEZ AS NEXT
FRIEND OF G.L.D. AND C.N.D., Appellee


On Appeal from the County Court at Law No. 2
Gregg County, Texas
Trial Court No. 2017-2475-CCL2


Before Morriss, C.J., Burgess and Stevens, JJ.

# O R D E R

Appellants filed their notice of appeal from the final judgment issued by the County Court at Law No. 2 of Gregg County in cause number 2017-2475-CCL2 in this Court; appellees/cross-appellants filed their notice of appeal from the same judgment in the Twelfth Court of Appeals. In such circumstance, Rule 15.2 of the Texas Rules of Judicial Administration requires consolidation of the appeals.[1] The parties filed a joint notice respecting consolidation of these appeals in both this Court and the Twelfth Court of Appeals stating that they conferred but were unable to reach agreement regarding the court in which the appeals should be consolidated. *See* TEX. R. JUD. ADMIN. 15.4, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app. The clerk of this Court and the clerk of the Twelfth Court of appeals jointly notified the clerk of the trial court that the parties were unable to reach agreement regarding consolidation of the appeals. *See* TEX. R. JUD. ADMIN. 15.4(a)(1). Thereafter, the trial court clerk notified this Court and the Twelfth Court of Appeals that, in accordance with Rule 15.4(b) of the Texas Rules of Judicial Administration, a public drawing was held on December 18, 2019, in the Gregg County District Clerk's Office with a representative of both parties present. *See* TEX. R. JUD. ADMIN. 15.4(b). The result of the drawing assigned the instant appeal to the Twelfth Court of Appeals.

Consequently, having been notified of the result of the public drawing conducted by the Gregg County Clerk, this appeal is hereby administratively closed.

---

[1]Under this Rule,

> If notices of appeal filed by two or more parties from a single judgment or order designate different courts of appeals that have jurisdiction of the appeal because the county in which the trial court sits is assigned to more than one appellate district, the appeals must be consolidated in one of the courts of appeals.

TEX. R. JUD. ADMIN. 15.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app.

IT IS SO ORDERED.


BY THE COURT


Date:   January 7, 2020